Case 1:25-cv-00865-RP    Document 25    Filed 08/25/25    Page 1 of 3

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| TIR TECHNOLOGIES LIMITED,<br><br>      PLAINTIFF,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AND AMAZON WEB SERVICES, INC.,<br>      DEFENDANTS. | Case No. 1:25-cv-00865-RP<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, Plaintiff Tir Technologies Limited ("Tir") and Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc. ("Amazon") (collectively, the "Parties") respectfully submit a Proposed Scheduling Order, attached as Exhibit A.

DATED: August 25, 2025

Respectfully submitted,

*/s/ Brett Cooper*

Brett E. Cooper (NY SBN 4011011)
bcooper@bclgpc.com
Seth Hasenour (TX SBN 24059910)
shasenour@bclgpc.com
Jonathan Yim (TX SBN 24066317)
jyim@bclgpc.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bclgpc.com

**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016

Respectfully submitted,

*/s/ Jennifer Klein Ayers*

Jennifer Klein Ayers
Texas State Bar No. 24069322
jayers@sheppardmullin.com

**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
Telephone: (469) 391-7400
Facsimile: (469) 391-7401

Phone: 212-951-0100

*Attorneys for Plaintiff Tir Technologies Limited*

Stephen Korniczky (admitted *pro hac vice*)
California State Bar No. 135532
skorniczky@sheppardmullin.com

Martin Bader (admitted *pro hac vice*)
California State Bar No. 222865
mbader@sheppardmullin.com

James Young Hurt
California State Bar No. 312390
jhurt@sheppardmullin.com

**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone 858.720.8900
Facsimile 858.509.3691

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on August 25, 2025.

*/s/ Brett Cooper*
Brett E. Cooper
